AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>ISRAEL CHAIRES-VILLA<br><br>Defendant(s) | )<br>)<br>) Case No.<br>)    2:24-mj-00174<br>)<br>)<br>) |

**FILED**
OCT - 7 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 6, 2024  in the county of  Kanawha  in the
Southern District of  West Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

On or about October 6, 2024, at or near Cross Lanes, Kanawha County, West Virginia, within the Southern District of West Virginia, Israel Chaires-Villa possessed with intent to distribute a quantity of methamphetamine. A field test of the substance returned a positive result for methamphetamine. Based on my training and experience, approximately 11 kg of methamphetamine is consistent with intent to deliver. Methamphetamine is a Schedule II controlled substance.

☐ Continued on the attached sheet.

_____
Complainant's signature

Det. Seth Johnson, MDENT
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:  10/07/2024

_____
Judge's signature

City and state:  Charleston, West Virginia          Dwane L. Tinsely, United States Magistrate Judge
Printed name and title