**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

UNITED STATES OF AMERICA

v.                                                                 CRIMINAL ACTION NO. 2:24-cr-00175

ISRAEL CHAIRES-VILLA

## ORDER

On February 13, 2025, all counsel and the Defendant appeared for a guilty plea hearing. The single-count Indictment charges the Defendant with knowingly and intentionally possessing with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of 21 U.S.C. § 841(a)(1). [ECF 16]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on February 13, 2025. [ECF 40]. Objections in this case were due on March 2, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 40**] The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:          March 3, 2025



Frank W. Volk
Chief United States District Judge